IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01683-PAB-MJW

GREGORY TOY,

Plaintiff(s),

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Re-Schedule Scheduling/Planning Conference (Docket No. 10) is GRANTED.  The scheduling conference set for August 29, 2012 at 2:30 p.m. is hereby vacated.  The scheduling conference is reset for September 18, 2012 at 11:00 a.m.

Date:   July 11, 2012