IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01683-PAB-MJW

GREGORY TOY,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant American Family Mutual Insurance Company's Motion for Protective Order (docket no. 22) is GRANTED finding good cause shown.  The written Protective Order (docket no. 22-1) is APPROVED as amended in paragraph no. 10 and made an Order of Court.

Date: October 29, 2012