IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01683-PAB-MJW

GREGORY TOY,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Motion for Leave for Late Filing of Amended Complaint (Docket No. 39) is GRANTED for good cause shown. Plaintiff is directed to separately file the Amended Complaint (Docket No. 39-1) attached to the subject motion.

Date: November 21, 2012