IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01683-PAB-MJW

GREGORY TOY,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion to Amend Scheduling Order and Request for Forthwith Ruling (Docket No. 29)is GRANTED for good cause shown.  The Scheduling Order (Docket No. 20) deadlines are amended as follows:

| | |
|---|---|
| Expert disclosures: | March 1, 2013 |
| Rebuttal disclosures: | April 1, 2013 |
| Written discovery be served by: | March 2, 2013 |
| Discovery cutoff: | May 1, 2013 |
| Dispositive motions deadline: | May 15, 2013 |

Date: December 19, 2012