IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01683-PAB-MJW

GREGORY TOY,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Unopposed Motion to Take Rule 30(b)(6) Deposition of Defendant American Family Mutual Insurance Company after Discovery Deadline (Docket No. 95) is GRANTED.  Plaintiff shall be permitted to take the Rule 30(b)(6) deposition of defendant after the discovery cut-off date, on May 3, 2013.

Date: April 11, 2013