IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01683-PAB-MJW

GREGORY TOY,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that defendant's Motion for Amendment of Scheduling Order to Extend Deadline to Depose Plaintiff (Docket No. 103) is GRANTED for good cause shown.  The Amended Scheduling Order (Docket No. 64) is amended to extend the discovery cut-off date up to and including June 17, 2013 for the limited purpose of deposing plaintiff Gregory Toy.  The court is not inclined to grant any further extensions.

Date: May 7, 2013