IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01683-PAB-MJW

GREGORY TOY,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant's Unopposed Motion to Vacate and Reschedule Final Pretrial Conference (Docket No. 126) is GRANTED.  The Pretrial Conference set for July 9, 2013 at 9:00 a.m. is VACATED.  The Pretrial Conference is RESET for August 21, 2013 at 2:00 p.m.  The proposed pretrial order shall be filed on or before August 15, 2013.

Date: June 27, 2013