IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01683-PAB-MJW

GREGORY TOY,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion for Sanctions Pursuant to F.R.C.P. [sic] 37(b)(2) [docket no. 135] is GRANTED.  The Defendant has not filed any timely response to this motion and this court deems the motion confessed and further finds under D.C.COLO.LCivR 7.2 the motion should be granted.  The Plaintiff's Motion for Sanctions Pursuant to F.R.C.P. [sic] 37(b)(2) [docket no. 133-1) and the attached exhibits thereto is restricted at Level 1 consistent with D.C.COLO.LCivR 7.2 B.5.

Date: August 21, 2013