IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01683-PAB-MJW

GREGORY TOY,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Motion to Reconsider and/or Vacate Minute Order Granting Docket No. 135 and for Acceptance of Response to Plaintiff's Motion for Sanctions Pursuant to F.R.C.P. 37(b)(2) (Docket No. 144) is GRANTED. The court's August 21, 2013 Minute Order (Docket No. 141) is VACATED.  The Clerk is directed to mark Plaintiff's Motion for Sanctions (Docket No. 135) as a currently pending motion.

It is FURTHER ORDERED that the court will hold a telephonic motion hearing on Plaintiff's Motion for Sanctions (Docket No. 135) on September 5, 2013 at 10:00 a.m. Counsel are directed to jointly contact the court's chambers (303-844-2403) at the scheduled time.

Date: September 3, 2013