## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  12-cv-01683-PAB-MJW           FTR - Courtroom A-502

**Date:**   September 05, 2013                     Courtroom Deputy, Laura Galera

         _Parties_                                              _Counsel_

GREGORY TOY,                                        R. Keith Fuicelli

    Plaintiff(s),

v.

AMERICAN FAMILY MUTUAL INSURANCE                    Christopher R. Jones
COMPANY,

    Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **TELEPHONIC MOTION HEARING**
**Court in Session:**   10:02 a.m.
Court calls case.  Appearances of counsel.

The Court raises Plaintiff's Motion to Restrict Access to Plaintiff's Motion for Sanctions Pursuant to F.R.C.P. [sic] 37(b)(2) [Docket No.135 _Restricted Document No. 133]_ for argument.

Argument by counsel as to the motion.

**It is ORDERED:**     Plaintiff's MOTION TO RESTRICT ACCESS TO PLAINTIFF'S MOTION FOR SANCTIONS PURSUANT to F.R.C.P. [sic] 37(b)(2) [Docket No.**135** _Restricted Document No. 133]_ is GRANTED IN PART AND DENIED IN PART for reasons as set forth on the record.

Hearing concluded.
**Court in recess:**   10:39 a.m.
Total In-Court Time 00:37

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or    Toll Free    1-800-962-3345.