IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01683-PAB-MJW

GREGORY TOY,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE* REGRADING ARGUMENT PLAINTIFF HAD TO DELAY TREATMENT BECAUSE HE COULD NOT AFFORD IT**

    Plaintiff, Gregory Toy, by and through his attorneys, Greenberg Gross LLP and Fuicelli & Lee, P.C., respectfully submits this response in opposition to Defendant American Family Mutual Insurance Company's ("American Family") Motion *In Limine Re: Argument that Plaintiff had to Delay Treatment Because He Could Not Afford It* [Doc. #186], and states as follows:

    1.    To the extent Defendant's Motion is premised on the factual assertion that "Plaintiff's injuries were covered by workers compensation" and that "Plaintiff had private health insurance at all relevant times," Plaintiff disputes this.

    2.    Plaintiff's worker's compensation claim was closed in late 2009. Plaintiff's health insurance at the time contained an exclusion for treatment to Plaintiff's neck as it was considered a "pre-existing condition."

    3.    Because the issue raised in Defendant's Motion *in Limine* related to future care is a factual dispute, Plaintiff respectfully requests that this court Deny Defendant's Motion.

WHEREFORE, Mr. Toy respectfully requests that the Court deny American Family's motion *in limine* precluding any evidence, argument, or statement alleging that Mr. Toy had to forego treatment because he could not afford it.

Dated:  January 28, 2014

                                                Respectfully submitted,

                                                GREENBERG GROSS LLP

                                                *s/Joshua Franklin*
                                                Joshua D. Franklin, #32207

                                                and

                                                FUICELLI & LEE, P.C.

                                                s*/ R. Keith Fuicelli*
                                                R. Keith Fuicelli #32108

                                                **ATTORNEYS FOR PLAINTIFF**