IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-01683-PAB-MJW

GREGORY TOY,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

_____

**ORDER REGARDING THE PARTIES' OBJECTIONS
TO DESIGNATIONS OF DEPOSITION TESTIMONY OF MAUREEN ROBERTS**
_____

This matter comes before the Court on Plaintiff's Objections to Defendant American Family Mutual Insurance Company's Counter Designations [Docket No. 182-1 at 3] and American Family's Objections and Counter Designations [Docket No. 171 at 12-13] as to Maureen Roberts.

The Court rules as follows on plaintiff's objections:

| Item # | Testimony | Objection | Ruling |
|---|---|---|---|
| 1 | 9:1 – 12:8 | F.R.E. 403; not required by Fed. R. Civ. P. 32(a)(6) | Overruled. |
| 2 | 29:6-29:14 | F.R.E. 403; not required by Fed. R. Civ. P. 32(a)(6) | Sustained. |

The Court rules as follows as to defendant's objections:

| Testimony | Defendant's Objections | Ruling |
|---|---|---|
| 34:10 – 16 | Calls for a legal conclusion, vague | Sustained. |
| 58:1-19 | Assumes facts not in evidence, the question contains hearsay | Overruled. |

| | | |
|---|---|---|
| 58:23 – 59:22 | Assumes facts not in evidence, the question contains hearsay, calls for speculation | Overruled. |
| 61:17 – 62:19 | Calls for speculation, calls for a legal conclusion, relevance, | Overruled. |
| 67:19 – 68:24 | Asked and answered, the question contains hearsay, | Overruled. |
| 69:11 – 70:3 | Calls for speculation, the question contains hearsay, leading | Overruled. |
| 70:13 – 70:25 | The question contains hearsay, assumes facts not in evidence | Overruled. |
| 76:3 – 24 | The question contains hearsay, assumes facts not in evidence | Overruled. |
| 77:18 – 79:16 | Question violates the Court's previous orders as it asks about conduct post arbitration demand | Overruled. The designated portions ask about pre-August 15 conduct, which is the date referenced by the Court's orders. |
| 80:10-80:14 | Question violates the Court's previous orders as it asks about conduct post arbitration demand, calls for a legal conclusion, relevance | Overruled. |
| 80:21-25 | Question violates the Court's previous orders as it asks about conduct post arbitration demand, calls for a legal conclusion, relevance | Overruled. |
| 82:15-84:24 | Relevance, the question contains hearsay and assumes facts not in evidence | Overruled. |

DATED February 11, 2014.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge