IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-01683-PAB-MJW

GREGORY TOY,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

_____

**ORDER REGARDING THE PARTIES' OBJECTIONS
TO DESIGNATIONS OF DEPOSITION TESTIMONY OF BRUCE PROCTOR**
_____

This matter comes before the Court on Plaintiff's Objections to Defendant American Family Mutual Insurance Company's Counter Designations [Docket No. 182-1 at 3-4] and American Family's Objections and Counter Designations [Docket No. 171 at 8-12] as to Bruce Proctor.

The Court rules as follows on plaintiff's objections:

| Item # | Testimony | Plaintiff's Objections | Ruling |
|---|---|---|---|
| 1 | 7:18 – 8:2 | No objection | |
| 2. | 13:23 – 14:24 | F.R.E. 602; testimony calls for speculation; not required by Fed. R. Civ. P. 32(a)(6) | Sustained. Rule 32(a)(6). |
| 3. | 53:23 – 54:5 | Answer is nonresponsive; F.R.E. 403; not required by Fed. R. Civ. P. 32(a)(6) | Sustained. Rule 32(a)(6). |

| 4. | 63:15 – 63:19 | F.R.E. 403; 404(b) and will "open the door" to Defendant's other acts contradicting claimed "history of paying claims and having excellent claims service," including numerous lawsuits alleging bad faith; not required by Fed. R. Civ. P. 32(a)(6) | As to 63:15-63:17 (through "settlements"), overruled. As to 63:17(beginning with "You know"), sustained. Rule 32(a)(6). |
|---|---|---|---|
| 5. | 66:21 – 66:23 | No objection | |
| 6. | 76:20 – 77:2 | Answer is nonresponsive; F.R.E. 403; not required by Fed. R. Civ. P. 32(a)(6) | Sustained. Rule 32(a)(6). |
| 7. | 82:12 – 82:17 | No objection | |
| 8. | 85:17 – 86:23 | Not required by Fed. R. Civ. P. 32(a)(6) | Overruled. |
| 9. | 96:21 – 97:15 | Answer is nonresponsive; F.R.E. 403; not required by Fed. R. Civ. P. 32(a)(6) | Overruled. |
| 10. | 106:9 – 106:14 | No objection | |
| 11. | 111:1 – 111:6 | No objection | |
| 12. | 112:1 – 112:13 | No objection | |
| 13. | 115:2 – 116:8 | F.R.E. 403; not required by Fed. R. Civ. P. 32(a)(6) | Overruled. |
| 14. | 141:20 – | No objection | |
| 15. | 142:21 – 143:2 | No objection | |
| 16. | 151:2 – 151:12 | F.R.E. 403; not required by Fed. R. Civ. P. 32(a)(6) | Overruled. |
| 17. | 163:15 – 163:21 | F.R.E. 403; not required by Fed. R. Civ. P. 32(a)(6); if this portion of the deposition is presented, Plaintiff counter-designates 163:22 – 164:15. | Sustained |
| 18. | 170:10 – 171:2 | F.R.E. 403; not required by Fed. R. Civ. P. 32(a)(6) | Overruled. |

The Court rules as follows on defendant's objections:

| Testimony | Defendant's Objections | Ruling |
|---|---|---|
| 16:4 – 17:6 | Leading, mischaracterizes the evidence | Overruled. Also, objections waived. |
| 21:11-22:22 | Leading, calls for speculation | Overruled. Also, objections waived. |

| | | |
|---|---|---|
| 23:2 – 24:9 | Leading, misleading, misstates the law, improperly instructs the jury on the law, does not specify relevant timeframe | Overruled. Also, form objections waived. |
| 24:8 – 24:11 | Leading, misleading, misstates the law, improperly instructs the jury on the law, does not specify relevant timeframe | Overruled. |
| 24:17 – 25:14 | Leading, misleading, misstates the law, improperly instructs the jury on the law, does not specify relevant timeframe | Overruled. Also, form objections waived. |
| 26:1 – 28:7 | Leading, misleading, misstates the law, improperly instructs the jury on the law, does not specify relevant timeframe | Overruled. Also, form objections waived. |
| 28:5 – 28:15 | Leading, calls for speculation | Overruled. |
| 28:16 – 28:20 | Leading, calls for speculation | Overruled. |
| 33:22 – 34:12 | Relevance, "fairness" is not the relevant legal standard | As to 33:22-34:04, overruled. As to 34:05-34:12, sustained. Vague. |
| 46:20 – 47:7 | Relevance | Overruled. |
| 48:5 – 49:15 | Relevance, the question contains hearsay | Overruled. |
| 49:19 – 50:22 | Relevance, lack of foundation, the question contains hearsay | Overruled. |
| 61:24 – 62:9 | Relevance, calls for speculation | Overruled. |
| 62:11 – 62:17 | Relevance | Overruled. |
| 63:1 – 63:14 | Relevance, outside the scope of the notice, does not specify the relevant timeframe | Overruled. |
| 63:22-64:23 | Relevance | Overruled. |
| 67:5-8 | Leading, misstates previous testimony | Overruled. Also, form objection waived. |
| 68:2 – 68:19 | Relevance, the question contains hearsay | Overruled. |

| | | |
|---|---|---|
| 70:12 – 72:1 | Leading | Overruled. Also, form objection waived. |
| 73:14 – 75:12 | Relevance, the question contains hearsay | Overruled. |
| 81:15-83 | Relevance, does not specify the relevant timeframe | Overruled. |
| 79:7-16 | Assumes facts not in evidence, leading | Overruled. Also, form objection waived. |
| 84:18 – 85:5 | Relevance, not limited to the relevant timeframe | Overruled. |
| 87:11 – 92:6 | Relevance, not limited to the relevant timeframe | Overruled. |
| 95:23 – 96:5 | The question contains hearsay | Overruled. |
| 97:16 – 99:2 | The question contains hearsay, leading | Overruled. Also, form objection waived. |
| 99:3 – 101:2 | The question contains hearsay | Overruled. |
| 101:3 – 102:21 | Leading, assumes facts not in evidence, the question contains hearsay, calls for speculation | Overruled. Also, form objections waived. |
| 102:23 – 104:2 | Leading, calls for speculation | Overruled. Objections waived. |
| 109:4 – 110:25 | Leading, the question contains hearsay | Overruled. |
| 113:5 – 113:17 | The question contains hearsay, misleading in that only part of the statement is read | Overruled. |
| 114:3 -6 | The question contains hearsay, leading | Overruled. Also, form objection waived. |
| 114:7-10 | Calls for speculation | Sustained. |
| 116:12 – 125:14 | Leading, the question contains hearsay, calls for speculation, calls for a legal conclusion, assumes facts not in evidence, calls for a legal conclusion | Overruled. Also, form objections waived. |

| | | |
|---|---|---|
| 128:9 -131:1 | Leading, calls for speculation | Overruled. Also, form objections waived. |
| 131:12 – 136:11 | Leading, asked and answered, relevance, argumentative | Overruled, except as to 132:20-22, which is sustained as irrelevant. Also, form objections waived. |
| 137:18 – 137:25 | Leading, mischaracterizes the evidence, assumes facts not in evidence, asked and answered | Overruled. |
| 138:16 – 141:19 | Calls for a legal conclusion, lack of foundation, harassing, asked and answered | Overruled. Also, form objections waived. |
| 144:5 – 145:5 | Argumentative, relevance (Mr. Toy did not purchase the policy), assumes facts not in evidence | Overruled, except as to 144:12-144:19, which is sustained as irrelevant and misleading. |
| 145:8 – 147:7 | Leading, the question contains hearsay | Overruled. |
| 147:18 – 148:5 | Leading, calls for speculation, mischaracterizes the evidence (Mr. Toy was represented by a licensed attorney) | Overruled. |
| 148:6 – 194:4 [sic] | Calls for speculation, calls for a legal conclusion, relevance | Overruled. |
| 149:14 - 150:12 | Leading, calls for speculations, calls for a legal conclusion, relevance | Overruled. |
| 150:13 – 151:1 | Leading, calls for speculation, calls for a legal conclusion, relevance | Overruled. |
| 151:13-152:8 | Leading, calls for speculation, calls for a legal conclusion, relevance | Overruled. |

| | | |
|---|---|---|
| 153:15 – 154:9 | Leading, the question contains hearsay | Overruled. |
| 157:2 – 157:22 | Leading, the question contains hearsay | Overruled. |
| 160:8 -24 | Calls for speculation, misstates the evidence, Mr. Toy was represented by an attorney who was corresponding with American Family | Overruled. |
| 160:25 – 161:5 | Calls for speculation | Overruled. |
| 161:9 – 163:7 | Calls for speculation, leading, asked and answered, assumes facts not in evidence, the question contains hearsay | Overruled. Also, form objections waived. |
| 166:5-166:8 | The question is a violation of the Court's previous orders, relevance | Overruled. |
| 167:2-19 | The question is a violation of the Court's previous orders, relevance, calls for speculation | Overruled. |
| 172:14 – 174:4 | Leading | Overruled. Objection waived. |
| 174:10 – 175:13 | Calls for a legal conclusion, relevance, leading | Overruled. |
| 176:8-25 | Misstates evidence, it was not Mr. Toy's policy, asked and answered | Overruled. |
| 177:2-21 | Calls for a legal conclusion, relevance | Overruled. |
| 180:20 – 12 | Leading | Designation is incomplete and nonsensical. Overruled. |
| 181:22 -182:8 | Leading, assumes facts not in evidence, | Overruled. |

6

DATED February 14, 2014.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge